**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROSEMARY SEPULVEDA-GARCIA,
formerly known as Rosemary Adames,

                Plaintiff,                20 **CIVIL** 6694 (BCM)

      -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 28, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering plaintiff the opportunity for a new hearing and issuing a new decision.

**Dated:**  New York, New York
           September 28, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                  **BY:**    *K. Mango*

                                                             **Deputy Clerk**